IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACO ENVIRONMENTAL, INC. et al.,

    Plaintiffs,

No. C 06-06601 JSW

v.

APPLIANCE RECYCLING CENTERS OF AMERICA, INC., et al.,

    Defendants.

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is currently set for a hearing on January 12, 2007 at 9:00 a.m. on Defendant Edward R. Cameron's motion to dismiss for improper venue or to transfer. The Court HEREBY RESETS the hearing on this motion to February 16, 2007 at 9:00 a.m.

    Plaintiffs' opposition brief shall be filed and served no later than December 22, 2006 and Defendant's reply brief shall be filed and served no later than January 5, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 8, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE