Vito A. Canuso III (SBN: 147,128)
Email: vito.canuso@kmob.com
J. David Evered (SBN: 215,974)
Email: david.evered@kmob.com
Nathan S. Smith (SBN: 236,643)
Email: nathan.smith@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404/Facsimile: (949) 760-9502

Attorney for Plaintiffs and Counterclaim Defendants JACO ENVIRONMENTAL, INC.; SEG BASIS GMBH; and SEG UMWELT-SERVICE GMBH

Mark P. Wine (SBN: 189,897)
Email: mwine@mwe.com
Charles Rosenberg (SBN: 114,430)
Email: crosenberg@mwe.com
Andre De La Cruz (SBN: 245,175)
Email: andelacruz@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Phone: (310) 277-4110/Facsimile: (310) 277-4730

Attorneys for Defendants and Counterclaimants APPLIANCE RECYCLING CENTERS OF AMERICA, INC., APPLIANCE RECYCLING CENTERS OF AMERICA-CALIFORNIA, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO ENVIRONMENTAL, INC., a Washington corporation; SEG BASIS GMBH, a German corporation; and SEG UMWELT-SERVICE GMBH, a German corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLIANCE RECYCLING CENTERS OF AMERICA, INC., a Minnesota corporation; APPLIANCE RECYCLING CENTERS OF AMERICA-CALIFORNIA, INC., a California corporation; and EDWARD R. CAMERON, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. C 06-06601 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING A RULING ON DEFENDANTS' MOTION TO TRANSFER TO CENTRAL DISTRICT OF CALIFORNIA** <br><br> <u>Case Management Conference</u> <br> Hearing: March 23, 2007 <br> Time: 1:30 p.m. <br> Courtroom: 2 <br><br> The Honorable Jeffrey S. White |

WHEREAS on November 21, 2006, Defendant Edward R. Cameron ("Cameron") filed his Motion for Order Dismissing the Complaint for Improper Venue and in the Alternative to Transfer to the Central District of California Pursuant to 28 U.S.C. §1406 (the "Motion") (Docket No. 11);

WHEREAS on November 21, 2006, Defendants Appliance Recycling Centers Of America, Inc. and Appliance Recycling Centers Of America-California, Inc. (collectively "ARCA"), joined in Cameron's Motion (Docket No. 16);

WHEREAS on November 30, 2006, the Court issued its Order Setting Initial Case Management Conference for March 16, 2007 (Docket No. 18);

WHEREAS on January 12, 2007, the Court issued its "Order Granting, in Part, and Denying, in Part, Motion to Dismiss and to Transfer and Requiring Further Briefing," which established a supplemental briefing schedule for the ARCA's Motion to Transfer, set a hearing date of March 23, 2007 (Docket No. 25);

WHEREAS, the Court's order (Docket No. 25) also reset the Case Management Conference to March 23, 2007, to be heard following the hearing on the Motion to Transfer;

WHEREAS Plaintiffs JACO Environmental, Inc., a Washington corporation; SEG Basis GMBH, a German corporation; and SEG Umwelt-Service GmBh (collectively "JACO-SEG") believe that a ruling on the Motion should precede any case management scheduling and procedures;

THEREFORE, the Parties, through their respective counsel of record, and without prejudice to any argument, claim or defense that any of them may have in this litigation or otherwise, hereby respectfully STIPULATE as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stip. and Order to Cont. CMC      -1-      C 06-06601 JSW

1  The Case Management Conference, currently set for hearing on March 23, 2007 at

2  9:00 a.m. shall be continued pending the Court's ruling on ARCA's Motion to Transfer, to

3  April 13, 2007.

4  **IT IS SO STIPULATED**.

5  Respectfully submitted,

6  KNOBBE, MARTENS, OLSON & BEAR, LLP

7

8  Dated:_____        By: /s/ Vito A. Canuso III_____
                                           Vito A. Canuso III
9                                          J. David Evered
                                           Nathan S. Smith
10

11  Attorney for Plaintiffs and Counterclaim Defendants
    JACO Environmental, Inc.; SEG Basis GmbH; and
    SEG Umwelt-Service GmbH

12

13  McDERMOTT, WILL & EMERY, LLP

14

15  Dated:_____        By: /s/ Mark P. Wine_____
                                           Mark P. Wine
16                                         Charles Rosenberg
                                           Andre De La Cruz
17

18  Attorneys for Defendants and Counterclaimants
    Appliance Recycling Centers of America, Inc., and
19  Appliance Recycling Centers of America-California,
    Inc.

20

21  **ORDER**

22  The Case Management Conference is hereby continued to April _13_, 2007.

23

24  Dated:_March 15, 2007_____        _____
                                           UNITED STATES DISTRICT COURT JUDGE
25

26  3511635
    030807
27

28

Stip. and Order to Cont. CMC            -2-                      C 06-06601 JSW