**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO ENVIRONMENTAL, INC. et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLIANCE RECYCLING CENTERS OF AMERICA, INC., et al.,<br><br>          Defendants.<br>_____ / | No. C 06-06601 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO TRANSFER VENUE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion of Defendants to transfer venue which has been noticed for hearing on Friday, March 23, 2007 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: March 21, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE